ANTHONY J. DREXEL AND OTHERS, RESPONDENTS, v.
GEORGE ST. AMANT, APPELLANT, IMPLEADED WITH
JOSEPH M. PEASE AND OTHERS.

*Stay of proceedings on a reference, pending an appeal from an interlocutory judg-
ment — the undertaking should cover the loss, sustained by reason of the lower
interest received on the money involved, pending the appeal.*

In this action, in which an attachment was issued and levied upon property, an
interlocutory judgment was entered, which involved the question as to the
ownership of the property attached, and sustained the right of the defendant
thereto; under which judgment a reference was ordered. An appeal was taken
from the judgment and a stay of proceedings on the reference was granted.

*Held,* that it was proper that the undertaking given upon such appeal should
provide for the payment of the difference between the rate of interest which
would be paid by the trust company, in which the proceeds of sale of the
attached property were deposited, and the legal interest.

APPEAL from an order made at the New York Special Term,
staying proceedings on a reference ordered by the interlocutory
judgment in this action.

The affidavits used on the motion showed that the respondents pro-
cured an attachment and a judgment against the defendant Pease, and
levied upon certain property which the appellant St. Amant claimed
to own and which he claimed had been sent to Pease as his agent, with
instructions to Pease to sell it. An interlocutory judgment was
recovered sustaining the claim of the appellant St. Amant, and order-
ing a reference for the determination of certain details. The funds in
question, which were claimed by St. Amant, were deposited in a trust
company at a low rate of interest, involving an annual loss as com_
pared with legal interest amounting to some $600. The action has
been pending some four years.

*Oliver J. Wells,* for the appellant.

*Horace E. Deming,* for the Mechanics' National Bank, respondent.

*Olcott, Mestre & Gonzales,* for the National City Bank, respondent.

PER CURIAM:

There seems to be no reason why, pending an appeal, the funds
in question should be kept at a low rate of interest and the appellant
have no indemnity therefor. The parties should be put in the same

position, as nearly as possible, pending the appeal as though the stay had not been granted, and indemnity against this loss of interest is necessary in order that if the appellant herein should finally succeed in the action, he may not be called upon to bear the same. As a condition of the stay, the order should have provided that a bond should be given to pay the difference between the rate of interest paid by the trust company and legal interest on the judgment.

The suggestion upon the part of the appellant that the testimony of two of his witnesses should be taken so that their testimony may be perpetuated in case of their death, seems also to be a reasonable one and provision should be made therefor. The order should be modified by providing for the giving of a bond for the payment of the difference in interest and for the taking of the testimony of the two witnesses upon the part of the defendant.

An order should be entered modifying the order as above suggested, without costs.

Present — VAN BRUNT, P. J., BARTLETT and MACOMBER, JJ.

Order modified as directed in opinion, without costs.